LEGAL AZ / BUTLER LAW OFFICE
Morgan Seegmiller, SBN 28093
406 E. Southern Avenue
Tempe, AZ 85282
Tel: (480) 921-0626
Fax: (480) 967-5075
abutleraz@gmail.com
morgan@legalaz.com
attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:                                      )
                                            ) CASE NO. **2:19-bk-06226-MCW**
**BETTINA M. RISCH,**                       )
                                            ) CHAPTER 13
    **DEBTOR.**                               )

---

### EXPEDITED MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

---

COMES NOW the Debtor above-named, by and through her attorney, Morgan Seegmiller, and hereby requests dismissal of the above-captioned proceeding, pursuant to 11 U.S.C. § 1307(b).

Debtor also requests that if the Court prebiously entered a payroll deduction order on Debtor's wages, the Court vacate that order and except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings related to this case be vacated.

Debtor has served a true and correct copy of this Motion to Dismiss Chapter 13 Bankruptcy upon the Chapter 13 trustee and all interested parties in accordance with the certificate of mailing attached hereto.

Respectfully submitted this January 3, 2020.

                                            /s/ MorganSeegmiller
                                            Morgan Seegmiller, Attorney for Debtor

Faxed/Mailed on January 3, 2020 to:
Russell Brown, Trustee
(602) 253-8346

And to all creditors on the attached mailing matrix:

By  /s/ Kathleen Ruiz

| Label Matrix for local noticing<br>0970-2<br>Case 2:19-bk-06226-MCW<br>District of Arizona<br>Phoenix<br>Mon Feb  3 12:06:16 MST 2020 | ARIZONA DEPARTMENT OF REVENUE<br>ATTENTION BK PAYMENT UNIT<br>c/o 2005 N CENTRAL AVE, SUITE 100<br>PHOENIX, AZ 85004-1546 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
|---|---|---|
| Arizona Department of Revenue<br>Bankruptcy Unit TCS<br>1600 W. Monroe #710<br>Phoenix AZ 85007-2612 | Bureau of Medical Economics<br>PO BOX 20247<br>85036-0247 | City of Scottsdale<br>Code Enforceement<br>2935 N. 67th Place<br>Scottsdale AZ 85251-6001 |
| City of Scottsdale<br>Revenue Recovery<br>7447 E. Indian School Road, Suite 110<br>Scottsdale AZ 85251-3915 | Convergent Outsourcing<br>800 SW 39th Sreet<br>P.O. Box 9004<br>Renton WA 98057-9004 | IRS Special Services<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Maricopa County<br>Division of County Counsel<br>222 N. Central, #1100<br>Phoenix AZ 85004-2206 | Select Portfolio Servicing<br>3217 S. Decker Lake Drive<br>Salt Lake City UT 84119-3284 |
| Tiffany & Bosco<br>2525 East Camelback Road, Suite 700<br>Phoenix AZ 85016-9240 | U.S. Bank NA, successor trustee<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| BETTINA M. RISCH<br>7849 E. LUKE LANE<br>SCOTTSDALE, AZ 85250-6513 | MORGAN SEEGMILLER<br>BUTLER LAW OFFICE<br>406 E SOUTHERN AVENUE<br>TEMPE, AZ 85282-5200 | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012-1965 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)U.S. Bank NA, successor trustee to Bank of | (d)ARIZONA DEPARTMENT OF REVENUE<br>ATTENTION BK PAYMENT UNIT<br>c/o 2005 N CENTRAL AVE, SUITE 100<br>PHOENIX, AZ 85004-1546 | End of Label Matrix<br>Mailable recipients  17<br>Bypassed recipients   2<br>Total                 19 |
|---|---|---|